■ CHARMAINE THOMAS, as Administratrix of the Estate of ROSE RICHARDS, Respondent, v ORANGE REGIONAL MEDICAL CENTER et al., Appellants, et al., Defendants. [933 NYS2d 868]—

Defendants' moving papers were deficient since the addresses of the two proposed nonparty witnesses who would purportedly be inconvenienced by a trial in Bronx County were not provided. Nor was the nature and materiality of their anticipated testimony detailed (*see Jacobs v Banks Shapiro Gettinger Waldinger & Brennan, LLP*, 9 AD3d 299 [2004]; *Nolan v Mount Vernon Hosp.*, 172 AD2d 368 [1991]).

We note however that, contrary to Supreme Court's finding, defendant's motion was not untimely. Concur—Gonzalez, P.J., Friedman, Moskowitz, Acosta and Richter, JJ.